FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 1:18 pm, Sep 12, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | INFORMATION NO. 4:24cr-93 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | **Attempted Enticement and** |
| **CLIFTON NEWMAN** | ) | **Inducement of a Minor to Engage in** |
| | ) | **Sexual Activity** |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | **Possession of Child Pornography** |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE
*Attempted Enticement and Inducement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

On or about April 14, 2024, in Chatham County, within the Southern District of Georgia, the Defendant,

**CLIFTON NEWMAN,**

knowingly used a facility and means of interstate commerce, that is, the Internet, and a mobile telephone, to attempt to knowingly persuade, induce, entice, and coerce an individual, whom he believed had not attained the age of 18 years, to engage in sexual activity for which a person could be criminally charged under Georgia law, that is, child molestation, pursuant to Ga. Code. Ann. § 16-6-4(a)(1), and aggravated child molestation, pursuant to Ga. Code. Ann. § 16-6-4(c).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
*Possession of Child Pornography*
18 U.S.C. 2252(a)(4)(B)

On or about April 14, 2024, in Chatham County, within the Southern District of Georgia, the Defendant,

**CLIFTON NEWMAN,**

knowingly possessed matter, that is, one blue Nokia mobile telephone, a gray T-Mobile mobile telephone, and a blue Motorola mobile telephone, which contained visual depictions that that had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

## FORFEITURE ALLEGATION

The allegation contained in Counts One and Two of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

Upon conviction of Count One or Count Two of this Information, the Defendant, **CLIFTON NEWMAN**, shall forfeit to the United States, any property, real or personal, that was used and intended to be used to commit or to facilitate the commission of the offense, pursuant to Title 18, United States Code, Section 2428. The property to be forfeited includes a blue Nokia mobile telephone, a gray T-Mobile mobile telephone, and a blue Motorola mobile telephone.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

_____
Matthew Josephson
Deputy Chief, Criminal Division
Assistant United States Attorney

_____
Sherri A. Stephan
Assistant United States Attorney
*Co-lead Counsel

_____
Timothy P. Dean
Assistant United States Attorney
*Co-lead Counsel